UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TANYA CHOBOT, )<br>)<br>       Defendant )<br>)<br>)<br>_____) | Criminal No. 18-40039-TSH |

## ORDER FOR COMPETENCY EVALUATION

April 29, 2019

Hennessy, M.J.

On March 28, 2019, Defendant Tanya Chobot moved to seal a motion for an evaluation to determine her competency to stand trial pursuant to 18 U.S.C. § 4241. At a status conference on April 26, 2019, the Government reported that it does not oppose the motion. The Court allowed the motion to file under seal (Docket #61) and received the motion on April 26, 2019.

Under the pertinent statute, a court shall grant the motion if (1) there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her, or (2) to assist properly in her defense. 18 U.S.C. § 4241(a). On the basis of the unopposed motion, counsel's affidavit, and Dr. Julia M. Reade's February 25, 2019 report, I find that Defendant may be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her, or to assist properly in her defense.

Accordingly, pursuant to 18 U.S.C. § 4241(a) and (b), it is ORDERED that a psychiatric examination of Defendant be conducted in accordance with the provisions of 18 U.S.C. § 4247(b) and (c).

It is further ORDERED that, pursuant to 18 U.S.C. § 4247(b), the defendant be and hereby is committed to the custody of the Attorney General for a period not to exceed thirty (30) days for placement in a suitable facility closest to the court for purposes of the examination.

Further, pursuant to 18 U.S.C. § 4247(c), the appropriate official or officials at the facility to which the defendant is committed shall prepare a psychiatric report. The original of said report shall be filed under seal with the Court; copies shall be mailed or e-mailed to the Assistant United States Attorney William F. Abely, Esq., Suite 9200, 1 Courthouse Way, Boston, MA 02210 (William.Abely@usdoj.gov) and to Oscar Cruz, Esq., Federal Public Defender Office, 51 Sleeper Street, 5th Floor, Boston, MA 02210 (Oscar_Cruz@fd.org). A hearing pursuant to 18 U.S.C. § 4247(d) will be scheduled upon receipt of the report.

The report shall include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnoses, prognosis, and whether Defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

The Department of Justice shall pay all expenses incurred in connection with the examination. When the Bureau of Prisons has designated the facility at which the examination is to take place, Pretrial Services shall make available to the examiner all of the defendant's mental health records, if any, which it has been able to collect. Defendant is hereby ORDERED to provide Pretrial Services with a copy of Dr. Reade's February 25, 2019 report to include with Defendant's mental health records.

                                                 / s / David H. Hennessy
                                                 David H. Hennessy
                                                 United States Magistrate Judge